1  BENJAMIN B. WAGNER
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant United States Attorney
3  Eastern District of California
   501 I Street, Suite 10-100
4  Sacramento, California 95814-2322
   Telephone: (916) 554-2760

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, and CLIFFORD BROWN, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>STANLEY J. JENKINS,<br><br>Respondent. | 2:10-mc-00019-LKK-KJM<br><br>**PETITIONERS' REQUEST FOR CONTINUANCE OF SHOW-CAUSE HEARING**; **ORDER**<br><br>Taxpayer: STANLEY J. JENKINS |
|---|---|

   Petitioners request a continuance of the summons enforcement hearing set by an OSC filed February 18, 2010, and currently scheduled for Wednesday, April 7, 2010, to Wednesday, May 5, 2010, at 10:00 a.m. The additional time is needed to make personal service upon the respondent, STANLEY J. JENKINS. A proposed Order is attached.

Dated: March 19, 2010                BENJAMIN B. WAGNER
                                     United States Attorney

                          By:    */s/ Y H T Himel*
                                 YOSHINORI H. T. HIMEL
                                 Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that the Show-Cause Hearing originally set for April 7, 2010, is hereby CONTINUED to Wednesday, May 5, 2010, at 10:00 a.m. in Courtroom 26.

DATED: March 28, 2010.

_____
U.S. MAGISTRATE JUDGE