IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, and
CLIFFORD BROWN, Revenue Officer,
Internal Revenue Service,

    Petitioners,                        No. MC-S-10-0019 LKK KJM PS

    vs.

STANLEY J. JENKINS,

    Respondent.                    ORDER

_____/

        Petitioners' request for order to show cause came on for hearing on May 5, 2010. Assistant United States Attorney Yoshinori Himel and Officer Clifford Brown appeared for petitioners. Respondent appeared in propria persona. Upon review of the documents before the court, in light of discussion with counsel for petitioners and the respondent, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

        1. Petitioners are directed to submit proposed findings and recommendations granting the petition to enforce IRS summons within five court days.

        2. Respondent may submit any response to the proposed findings and recommendations within five court days of petitioners' filing.

/////

1

1        3. Respondent is directed to appear for the compliance appointment confirmed at
2 hearing as scheduled for May 27, 2010 at 2 p.m. at the Fairfield, California address provided to
3 respondent by Officer Brown.
4 DATED: May 5, 2010.

                                            U.S. MAGISTRATE JUDGE