IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and CLIFFORD BROWN, Revenue Officer, Internal Revenue Service,<br><br>            Petitioners,<br><br>     v.<br><br>STANLEY J. JENKINS,<br><br>            Respondent. | 2:10-mc-00019-LKK-KJM<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS RE: I.R.S. SUMMONS ENFORCEMENT<br><br>Taxpayer: STANLEY J. JENKINS |

    This matter came on for hearing on May 5, 2010, under the Order to Show Cause filed February 18, 2010. That order, with the verified petition and exhibits, was served on respondent in conformity with Fed. R. Civ. P. 4(e) on April 13, 2010. Yoshinori H. T. Himel appeared for petitioners, and petitioning Revenue Officer Clifford Brown was present. Respondent, who did not file an opposition, appeared at the hearing.

    The Verified Petition to Enforce Internal Revenue Service Summons initiating this proceeding seeks to enforce an administrative summons, filed as Exhibit A to the petition, in aid of Revenue Officer Brown's investigation of Stanley Jenkins, to determine the taxpayer's ability to collect assessed Employer's Federal Quarterly Tax for the periods ending June 30, 2007, March 31, 2008, June 30, 2008, and September 30, 2008, for Eden Lawn Care and Maintenance, a sole proprietorship. Petitioners properly invoke subject

1  matter jurisdiction under 28 U.S.C. §§ 1340 and 1345.  The action is authorized under
2  I.R.C. §§ 7402(b) and 7604(a) (26 U.S.C.).  The Order to Show Cause shifted to
3  respondent the burden of rebutting any of the four requirements of United States v.
4  Powell, 379 U.S. 48, 57-58 (1964).

5       Based on the uncontroverted verification of Revenue Officer Brown and the entire
6  record, the court makes the following findings:

7       (1) The summons issued by Revenue Officer Clifford Brown to respondent,
8  Stanley Jenkins, on May 29, 2009, seeking testimony and production of documents and
9  records in respondent's possession, was issued in good faith and for a legitimate purpose
10 under I.R.C. § 7602, that is, to determine the taxpayer's ability to collect assessed
11 Employer's Federal Quarterly Tax for the periods ending June 30, 2007, March 31, 2008,
12 June 30, 2008, and September 30, 2008, for Eden Lawn Care and Maintenance, a sole
13 proprietorship.

14      (2) The information sought is relevant to that purpose.

15      (3) The information sought is not already in the possession of the Internal Revenue
16 Service.

17      (4) The administrative steps required by the Internal Revenue Code have been
18 followed.

19      (5) There is no evidence of referral of this case by the Internal Revenue Service to
20 the Department of Justice for criminal prosecution.

21      (6) The verified petition and its exhibits make a prima facie showing of
22 satisfaction of the requirements of United States v. Powell, 379 U.S. 48, 57-58 (1964).

23      (7) The burden thus has shifted to respondent, Stanley Flores, to rebut that prima
24 facie showing.

25      (8) Respondent has presented no argument or evidence to rebut the prima facie
26 showing, and in fact indicated at hearing that he did not oppose enforcement.

27 ///
28 ///

1    Accordingly, IT IS HEREBY RECOMMENDED that the IRS summons issued to
2 respondent, Stanley Jenkins, be enforced, and that respondent be ordered to appear at the
3 I.R.S. Fairfield office at 4830 Business Center Drive, Suite 250, Fairfield, California
4 94534, before Revenue Officer Clifford Brown, or his designated representative, on
5 Thursday, May 27, 2010, at 2:00 p.m., or at a later date and time to be set in writing by
6 the Revenue Officer, then and there to be sworn, to give testimony, and to produce for
7 examining and copying the books, checks, records, papers and other data demanded by
8 the summons, the examination to continue from day to day until completed.  It is further
9 recommended that if it enforces the summons, the court retain jurisdiction to enforce its
10 order by its contempt power.

11    IT IS HEREBY ORDERED that the Clerk shall serve this order and future orders
12 on Mr. Stanley Jenkins, 824 Brookwood Avenue, Vallejo, California 94591.

13    These findings and recommendations are submitted to the United States District
14 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C)
15 and Rule 72-304 of the Local Rules of the United States District Court for the Eastern
16 District of California.  Within ten (10) days after being served with these findings and
17 recommendations, any party may file written objections with the court and serve a copy
18 on all parties.  Such a document should be titled "Objections to Magistrate Judge's
19 Findings and Recommendations."  Any reply to the objections shall be served and filed
20 within ten (10) days after service of the objections.  The parties are advised that failure to
21 file objections within the specified time may waive the right to appeal the District Court's
22 order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

23 DATED: June 3, 2010.
      *nunc pro tunc* to May 5, 2010.

_____
U.S. MAGISTRATE JUDGE