UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
and CLIFFORD BROWN, Revenue
Officer, Internal Revenue
Service,

        NO. MISC. S-10-019 LKK

    Petitioners,

  v.                       O R D E R

STANLEY J. JENKINS,

    Respondent.
_____/

    On June 1, 2010, petitioners, United States of America and Clifford Brown, Revenue Officer, Internal Revenue Service, filed a notice that respondent, Stanley J. Jenkins, has complied with the summons at issue in this case. As such, petitioner indicated that this case should be closed. On June 4, 2010, however, the magistrate judge issued findings and recommendations that the summons be enforced.

    For the foregoing reasons, the court ORDERS as follows:

////

1

1  (1) The court declines to adopt the Findings and
2      Recommendations, Dkt. No. 11, as moot.
3  (2) The Clerk of Court is instructed to close this case.
4  IT IS SO ORDERED.
5  DATED: June 16, 2010.

```
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```